**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL ALTIZER,

      Plaintiff,

v.     CASE NO. 6:11-CV-1538-ORL-36GJK

PENNCRO ASSOCIATES, INC.,
a Pennsylvania corporation, and
JOHN and JANE DOES 1 - III,

      Defendants.
_____/

## ORDER

THIS MATTER is before the Court upon review of the file. Pursuant to a notice of settlement, on February 9, 2012, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 16). To date, the parties have not submitted a stipulation or final judgment for dismissal with prejudice. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, on April 13, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY